| No | IP | Port | Hit Date UTC | File Name |
|---|---|---|---|---|
| 1 | 73.250.221.48 | 57157 | 2016-07-13 00:02:42 | Criminal.2016.HDRip.XviD.AC3-EVO |
| 2 | 73.201.127.108 | 23528 | 2016-07-13 00:06:34 | Criminal.2016.HDRip.XviD.AC3-EVO |
| 3 | 73.133.137.181 | 63810 | 2016-07-13 02:03:43 | Criminal.2016.HDRip.XviD.AC3-EVO |
| 4 | 73.39.151.190 | 61401 | 2016-07-13 03:03:28 | Criminal.2016.HDRip.XviD.AC3-EVO |
| 5 | 98.233.152.42 | 65528 | 2016-07-13 03:40:36 | Criminal.2016.HDRip.XviD.AC3-EVO |
| 6 | 73.129.233.152 | 10760 | 2016-07-13 04:06:11 | Criminal.2016.HDRip.XviD.AC3-EVO |
| 7 | 73.180.146.43 | 49572 | 2016-07-13 08:30:09 | Criminal.2016.HDRip.XviD.AC3-EVO |
| 8 | 73.212.90.95 | 64341 | 2016-07-13 08:30:36 | Criminal.2016.HDRip.XviD.AC3-EVO |
| 9 | 73.128.77.178 | 55701 | 2016-07-13 10:12:11 | Criminal.2016.HDRip.XviD.AC3-EVO |
| 10 | 69.250.184.222 | 51001 | 2016-07-13 10:23:54 | Criminal.2016.HDRip.XviD.AC3-EVO |
| 11 | 69.143.153.82 | 27885 | 2016-07-13 20:39:10 | Criminal.2016.HDRip.XviD.AC3-EVO |
| 12 | 73.39.68.206 | 45682 | 2016-07-13 22:07:38 | Criminal.2016.HDRip.XviD.AC3-EVO |

| File Hash | ISP |
|---|---|
| SHA1: 5B25655C33D5948714F55F25FD2954F9A31701A0 | Comcast Cable |
| SHA1: 5B25655C33D5948714F55F25FD2954F9A31701A0 | Comcast Cable |
| SHA1: 5B25655C33D5948714F55F25FD2954F9A31701A0 | Comcast Cable |
| SHA1: 5B25655C33D5948714F55F25FD2954F9A31701A0 | Comcast Cable |
| SHA1: 5B25655C33D5948714F55F25FD2954F9A31701A0 | Comcast Cable |
| SHA1: 5B25655C33D5948714F55F25FD2954F9A31701A0 | Comcast Cable |
| SHA1: 5B25655C33D5948714F55F25FD2954F9A31701A0 | Comcast Cable |
| SHA1: 5B25655C33D5948714F55F25FD2954F9A31701A0 | Comcast Cable |
| SHA1: 5B25655C33D5948714F55F25FD2954F9A31701A0 | Comcast Cable |
| SHA1: 5B25655C33D5948714F55F25FD2954F9A31701A0 | Comcast Cable |
| SHA1: 5B25655C33D5948714F55F25FD2954F9A31701A0 | Comcast Cable |
| SHA1: 5B25655C33D5948714F55F25FD2954F9A31701A0 | Comcast Cable |

| Region | City | Province |
|---|---|---|
| Maryland | Princess Anne | Somerset |
| Maryland | Ridgely | Caroline |
| Maryland | Federalsburg | Caroline |
| Maryland | Baltimore | Baltimore |
| Maryland | Reisterstown | Baltimore |
| Maryland | Bowie | Prince George's |
| Maryland | Baltimore | Baltimore |
| Maryland | Havre de Grace | Harford |
| Maryland | Baltimore | Baltimore |
| Maryland | Cockeysville | Baltimore |
| Maryland | Lanham | Prince George's |
| Maryland | White Plains | Charles |